United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Natalie D Crone  
      Debtor

Case No. 18-10945-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: May 08, 2019  
                   Form ID: 167    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.  
db          +Natalie D Crone,    6922 Shelbourne Street,    Philadelphia, PA 19111-3933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:  
      DAVID M. OFFEN    on behalf of Debtor Natalie D Crone dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      JEROME B. BLANK    on behalf of Creditor    LSF10 Master Participation Trust paeb@fedphe.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    LSF10 Master Participation Trust bkgroup@kmllawgroup.com  
      SARAH K. MCCAFFERY    on behalf of Creditor    LSF10 Master Participation Trust smccaffery@squirelaw.com  
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF10 Master Participation Trust paeb@fedphe.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
             TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Natalie D Crone
    Debtor(s)

Case No: 18−10945−jkf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Objection to Certification of Default

on: 5/29/19

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date: 5/8/19

For The Court

Timothy B. McGrath
Clerk of Court

53 − 52
Form 167