### IN THE UNITED STATE BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In     Natalie D. Crone | ) | Chapter 13 |
| Re:         Debtor | ) | |
| | ) | No. 18-10945-JKF |
| | ) | |

### CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


/s/David M. Offen
David M. Offen
Attorney for Debtor

Date:6/14/19