United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                Case No. 18-10945-jkf
Natalie D Crone                                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina    Page 1 of 1    Date Rcvd: Jun 18, 2019
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
db         +Natalie D Crone,    6922 Shelbourne Street,    Philadelphia, PA 19111-3933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
        DAVID M. OFFEN    on behalf of Debtor Natalie D Crone dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JEROME B. BLANK    on behalf of Creditor    LSF10 Master Participation Trust paeb@fedphe.com
        REBECCA ANN SOLARZ    on behalf of Creditor    LSF10 Master Participation Trust bkgroup@kmllawgroup.com
        SARAH K. MCCAFFERY    on behalf of Creditor    LSF10 Master Participation Trust smccaffery@squirelaw.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF10 Master Participation Trust paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                                                                                                                                                                                 TOTAL: 8

IN THE UNITED ESTATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Natalie D. Crone       )   Chapter 13
        Debtor                 )
                               )   18-10945-JKF
                               )
                               )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the Application, Docket Entry No. 59, for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $5,000.00 is allowed and the balance in the amount of $4,000.00 may be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the confirmed plan.

6/18/19
DATED:                          HONORABLE JEAN K. FITZSIMON
                                UNITED STATES BANKRUPTCY JUDGE

cc:

Scott F. Waterman, Esquire, Trustee

David M. Offen, Esquire