Office Mailing Address:                                          Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                      Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                          P.O. Box 680
Reading, PA  19606                                              Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-10945-AMC

NATALIE D  CRONE                                    Petition Filed Date: 02/12/2018
6922 SHELBOURNE STREET                              341 Hearing Date: 04/06/2018
PHILADELPHIA PA    19111                            Confirmation Date: 05/08/2019

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/07/2019 | $625.00 | | 02/05/2019 | $625.00 | | 02/15/2019 | $625.00 | |
| 04/30/2019 | $695.00 | | 06/03/2019 | $627.00 | | 07/08/2019 | $763.00 | |
| 08/05/2019 | $695.00 | | 09/10/2019 | $697.00 | Automatic Payr | 10/07/2019 | $697.00 | |
| 11/07/2019 | $697.00 | | 12/09/2019 | $697.00 | | 02/12/2020 | $693.00 | |
| 03/09/2020 | $697.00 | | 04/07/2020 | $697.00 | | 05/07/2020 | $697.00 | |
| 06/11/2020 | $697.00 | | 07/07/2020 | $697.00 | | 08/07/2020 | $697.00 | |

**Total Receipts for the Period: $12,318.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $16,968.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | CALIBER HOME LOANS INC »» 06A | Mortgage Arrears | $13,235.68 | $8,856.68 | $4,379.00 |
| 6 | CALIBER HOME LOANS INC »» 06B | Secured Creditors | $2,590.05 | $1,733.14 | $856.91 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $2,379.69 | $0.00 | $2,379.69 |
| 1 | MIDLAND CREDIT MANAGEMENT INC »» 001 | Unsecured Creditors | $1,508.40 | $0.00 | $1,508.40 |
| 7 | CITY OF PHILADELPHIA (LD) »» 007 | Secured Creditors | $403.16 | $269.77 | $133.39 |
| 2 | POLICE & FIRE FCU »» 002 | Unsecured Creditors | $5,860.64 | $0.00 | $5,860.64 |
| 3 | POLICE & FIRE FCU »» 003 | Unsecured Creditors | $4,991.60 | $0.00 | $4,991.60 |
| 4 | POLICE & FIRE FCU »» 004 | Unsecured Creditors | $257.69 | $0.00 | $257.69 |
| 8 | DAVID M OFFEN ESQUIRE »» 008 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 18-10945-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,968.00 | Current Monthly Payment: | $695.00 |
| Paid to Claims: | $14,859.59 | Arrearages: | $677.00 |
| Paid to Trustee: | $1,481.11 | Total Plan Base: | $39,190.00 |
| Funds on Hand: | $627.30 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.