| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-10945-AMC**

NATALIE D  CRONE
6922 SHELBOURNE STREET
PHILADELPHIA  PA    19111

Petition Filed Date: 02/12/2018
341 Hearing Date: 04/06/2018
Confirmation Date: 05/08/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/12/2020 | $693.00 | | 03/09/2020 | $697.00 | | 04/07/2020 | $697.00 | |
| 05/07/2020 | $697.00 | | 06/11/2020 | $697.00 | | 07/07/2020 | $697.00 | |
| 08/07/2020 | $697.00 | | 09/08/2020 | $697.00 | | 10/07/2020 | $697.00 | |
| 11/09/2020 | $697.00 | | 12/07/2020 | $697.00 | | 01/08/2021 | $697.00 | |
| 02/09/2021 | $697.00 | | 03/08/2021 | $697.00 | | 04/07/2021 | $697.00 | |
| 05/07/2021 | $697.00 | | 06/08/2021 | $697.00 | | | | |

**Total Receipts for the Period: $11,845.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $23,938.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | SN SERVICING CORPORATION<br>»»  06A | Mortgage Arrears | $13,235.68 | $13,235.68 | $0.00 |
| 6 | SN SERVICING CORPORATION<br>»»  06B | Secured Creditors | $2,590.05 | $2,590.05 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $2,379.69 | $166.61 | $2,213.08 |
| 1 | MIDLAND CREDIT MANAGEMENT INC<br>»»  001 | Unsecured Creditors | $1,508.40 | $105.61 | $1,402.79 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»»  007 | Secured Creditors | $403.16 | $403.16 | $0.00 |
| 2 | POLICE & FIRE FCU<br>»»  002 | Unsecured Creditors | $5,860.64 | $410.32 | $5,450.32 |
| 3 | POLICE & FIRE FCU<br>»»  003 | Unsecured Creditors | $4,991.60 | $349.49 | $4,642.11 |
| 4 | POLICE & FIRE FCU<br>»»  004 | Unsecured Creditors | $257.69 | $18.04 | $239.65 |
| 8 | DAVID M OFFEN ESQUIRE<br>»»  008 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 18-10945-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,938.00 | Current Monthly Payment: | $695.00 |
| Paid to Claims: | $21,278.96 | Arrearages: | $657.00 |
| Paid to Trustee: | $2,031.74 | Total Plan Base: | $39,190.00 |
| Funds on Hand: | $627.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.