### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Natalie D. Crone

          Debtor(s)

Chapter 13 Proceeding

Case No.  18-10945-AMC

### SUBSTITUTION OF APPEARANCE

TO THE COURT:

     YOU ARE HEREBY authorized to substitute Michael J. Clark of the law firm of Richard M. Squire & Associates, LLC as attorneys for Secured Creditor, LSF10 Master Participation Trust, in connection with the above entitled actions.

Dated: November 22, 2021

*Withdrawing Attorney*

By:  **/s/Sarah K. McCaffery**
Sarah K. McCaffery, Esq., P.A.I.D. #311728
Powers Kirn, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone# 215-942-2090

Dated: November 22, 2021

*Superseding Attorney*

By:  **/s/ Michael J. Clark**
Attorney ID# 202929
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue
Suite 104
Jenkintown, PA 19046
Telephone: 215-886-8790