| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-10945-AMC**

NATALIE D  CRONE
6922 SHELBOURNE STREET
PHILADELPHIA  PA   19111

Petition Filed Date: 02/12/2018
341 Hearing Date: 04/06/2018
Confirmation Date: 05/08/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2021 | $697.00 | | 05/07/2021 | $697.00 | | 06/08/2021 | $697.00 | |
| 07/08/2021 | $697.00 | | 08/09/2021 | $697.00 | | 09/08/2021 | $697.00 | |
| 10/07/2021 | $697.00 | | 11/08/2021 | $697.00 | | 12/07/2021 | $697.00 | |
| 01/07/2022 | $697.00 | | 02/07/2022 | $697.00 | | 03/07/2022 | $697.00 | |
| 04/07/2022 | $697.00 | | 05/09/2022 | $697.00 | | 06/07/2022 | $697.00 | |
| 07/12/2022 | $697.00 | | | | | | | |

**Total Receipts for the Period: $11,152.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $32,999.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | SN SERVICING CORPORATION<br>»» 06A | Mortgage Arrears | $13,235.68 | $13,235.68 | $0.00 |
| 6 | SN SERVICING CORPORATION<br>»» 06B | Secured Creditors | $2,590.05 | $2,590.05 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,379.69 | $1,582.16 | $797.53 |
| 1 | MIDLAND CREDIT MANAGEMENT INC<br>»» 001 | Unsecured Creditors | $1,508.40 | $1,002.87 | $505.53 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $403.16 | $403.16 | $0.00 |
| 2 | POLICE & FIRE FCU<br>»» 002 | Unsecured Creditors | $5,860.64 | $3,896.54 | $1,964.10 |
| 3 | POLICE & FIRE FCU<br>»» 003 | Unsecured Creditors | $4,991.60 | $3,318.75 | $1,672.85 |
| 4 | POLICE & FIRE FCU<br>»» 004 | Unsecured Creditors | $257.69 | $171.35 | $86.34 |
| 8 | DAVID M OFFEN ESQUIRE<br>»» 008 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 18-10945-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,999.00 | Current Monthly Payment: | $695.00 |
| Paid to Claims: | $30,200.56 | Arrearages: | $1,326.00 |
| Paid to Trustee: | $2,798.43 | Total Plan Base: | $39,190.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.