Certificate Number: 12433-PAE-DE-030715997

Bankruptcy Case Number: 18-10945



12433-PAE-DE-030715997

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 14, 2018, at 12:35 o'clock AM EDT, Natalie D. Crone completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 14, 2018         By:   /s/Lisa Susoev

                              Name: Lisa Susoev

                              Title: Teacher